NUMBER
13-10-00198-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MICHAEL ANTHONY DE
LOS SANTOS,                                  Appellant,

 

                                                             v.

 

MARY GIBSON AKA MARY
MOLINA,                                         Appellee. 

 ____________________________________________________________

 

                           On
appeal from the 117th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION


Before
Chief Justice Valdez and Justices Yañez and Garza

Memorandum Opinion
Per Curiam

                                                                  

The
appellant's brief in the above cause was due on June 25, 2010.  On July 20,
2010, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of
prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within
ten days from the date of receipt of the Court’s letter, appellant reasonably
explained the failure and the appellee was not significantly injured by the
appellant's failure to timely file a brief.  To date, no response has been
received from appellant.  

Appellant
has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. 
Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b). 

PER
CURIAM

 

Delivered and filed the

31st day of August, 2010.